UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GRINNELL MUTUAL REINSURANCE COMPANY,

    Plaintiff,

        v.

RICHARD HOSTO, *individually and doing business as* Hosto Excavating, *et al.,*

    Defendants.

Case No. 13-cv-759 JPG/DGW

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc.37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: June 23, 2014

                                                *s/J. Phil Gilbert*
                                                UNITED STATES DISTRICT JUDGE